**HERBERT WIGGINS, APLC**
Herbert N. Wiggins, SBN 124444
5220 Clark Ave., Suite 347C
Lakewood, CA 90712
Tel: (310) 779-8847

Attorneys for Debtor, Arturo Hernandez

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re Arturo Hernandez,<br><br>　　　　　Debtor,<br><br>v.<br><br>Chapter 13 | CASE NO: 2:14-bk-26926-VZ<br><br>DECLARATION OF COUNSEL, HERBERT N. WIGGINS, REGARDING UNAVAILABILITY OF DEBTOR FOR §341 HEARING<br><br>[LBR 3015-1(u)(2)]<br><br>Date: January 13, 2015<br>Time: 12:00 Noon<br>Place: 915 Wilshire Bl.,<br>10th Fl., Room 1<br>Los Angeles, CA 90017 |

## DECLARATION OF HERBERT N. WIGGINS

I, Herbert N. Wiggins, declare the following:

1. I am an attorney at law, duly licensed to practice before the Courts of the State of California, and the United States Bankruptcy Court for the Central District of California. In or about late December 2014, I was retained to represent the Debtor herein, Mr. Arturo Hernandez. I was advised of a serious violation of the automatic stay. I had no involvement with the case or with Mr. Arturo Hernandez prior to that time. I make the following statements of my own personal knowledge, and if called upon to testify to the truth of these facts, I could and would testify thereto, under oath.

-1-
DECLARATION OF COUNSEL REGARDING §341 MEETING

2. I am informed and believe, and based thereon allege, that my client, Mr. Arturo Hernandez, works in the construction industry. I am informed and believe that he has recently been hired as an employee with a company currently engaged in construction in the Portland, OR/southern Washington State area of the United States.

3. After being retained for this matter, I informed Mr. Hernandez that he has to appear for the §341 hearing in his Chapter 13 case, currently set for January 13, 2015. As of 12 noon on Thursday, January 8, 2015, Mr. Hernandez does not know if he will be able to fly to Los Angeles for the hearing on January 13, 2015.

4. Similarly, Mr. Hernandez is aware that certain documents, regarding payments under his Chapter 13 Plan of Reorganization, as well as his payment of taxes, have to be served and filed prior to the §341 meeting, and in fact, should have been served and filed by early December 2014. Mr. Hernandez has been provided with the declaration forms to provide that information. To date, I have not received information from Mr. Hernandez to complete the declarations, attach the pertinent exhibits, and file and serve these documents.

5. I am informed and believe, and based thereon allege, that Mr. Hernandez is a low income individual, who has attempted to pursue this Chapter 13 case as a *pro se* debtor. As the Court has recognized, this is a very difficult, often ineffective, endeavor for a *pro se* individual, which has lead the Court to seek solutions for many bankruptcy petitions which have gone awry. In fact, Mr. Hernandez appears to be within that class of Debtors regarding whom the Central District wrote its 2011 Report, *Access to Justice in Crisis: Self-Represented Parties and the Court*, and regarding whom Judges Carroll and Zurzolo specifically requested assistance from the Bankruptcy Bar.

//

//

//

1     6. I inform the US Trustee, Creditors, and the Court of the hereinabove, pursuant to Local

2 Bankruptcy Rule 3015-1(u)(2).

3     I DECLARE UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED

4 STATES OF AMERICA, THAT THE FOREGOING IS TRUE AND CORRECT, AND THAT I

5 SIGNED THIS DECLARATION ON JANUARY 8, 2015 AT LAKEWOOD, LOS ANGELES

6 COUNTY, CALIFORNIA.

                                                             HERBERT N. WIGGINS

-3-
DECLARATION OF COUNSEL REGARDING §341 MEETING

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 5220 Clark Ave, #347 C, Lakewood, CA 90712

A true and correct copy of the foregoing document entitled: Declaration of Counsel, Herbert N. Wiggins, Regarding Unavailability of Debtor for §341 Hearing will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 1/8/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Michael Daniels on behalf of Creditor Nationstar Mortgage, LLC.
BkECFnotifications@nationstarmail.com
Nancy K Curry (TR) ecfnc@trustee13.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Aysa Landa   cmartin@pralc.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (date) 1/8/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/8/2015 | Herbert N. Wiggins | /s/ Herbert Wiggins |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                         Page 3                                    F 2091-1.SUBSTITUTION.ATTY

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:14-bk-26926-VZ<br>Central District Of California<br>Los Angeles<br>Sat Jan  3 14:51:53 PST 2015 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 | Nationstar Mortgage, LLC.<br>PO Box 630267<br>Irving, TX 75063-0116 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 |
| Bank of New York Mellon<br>C/O Weinstein, Pinson, & Riley, P.S.<br>2001 Western Avenue, Ste. 400<br>Seattle, WA 98121-3132 | Pacific Bell Telephone Company<br>c/o AT&T Services, Inc.<br>Karen A. Cavagnaro-Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | (p)REAL TIME RESOLUTIONS INC<br>PO BOX 36655<br>DALLAS TX 75235-1655 |
| SAGE POINT LENDER SERVICES LLC<br>C/O BANK NEW YORK 2006<br>400 EXCHANGE 110<br>IRVINE, CA 92602-1340 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Arturo Hernandez<br>10521 S Grevillea Ave<br>Inglewood, CA 90304-1818 |
| Herbert N Wiggins<br>Haberbush & Associates LLP<br>444 W Ocean Blvd #1400<br>Long Beach, CA 90802-4522 | Nancy K Curry (TR)<br>700 S Flower Street, Suite 1215<br>Los Angeles, CA 90017-4114 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #
PO Box 36655
Dallas, TX   74247-4029

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)The Bank of New York Mellon FKA the Bank o

End of Label Matrix
Mailable recipients    13
Bypassed recipients     1
Total                  14